IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**REED-HAYS CONSTRUCTION, LLC**                                                                    **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 3:23-cv-355-KHJ-MTP**

**PINNACLE ROOFING AND RESTORATION LLC**                                     **DEFENDANT**

**ORDER**

THIS MATTER is before the Court on the parties' Joint Motion to Extend Discovery Deadline [28]. On August 7, 2023, the Court entered a Case Management Order [11], which set a March 1, 2024, discovery deadline. On February 29, 2024, the parties filed their first Motion to Extend Discovery Deadline [23], arguing that they "have not yet taken depositions, but counsel are working together to schedule dates for depositions based upon availability of all counsel and the parties." *See* [23] at 1. The Court granted the Motion [23], extended the discovery deadline to April 15, 2024, and continued the trial of this matter. *See* Amended Case Management Order [24].

Then, during a telephonic conference with the Court on April 4, 2024, the parties moved *ore tenus* for additional extensions of the case deadlines. The Court extended the discovery deadline to June 21, 2024, and continued the trial of this matter. *See* Amended Case Management Order [27].

On June 20, 2024, the parties filed the instant Motion [28], seeking a third extension of the case deadlines. The parties specifically request that the Court extend the discovery deadline to August 23, 2024. According to the parties, "[t]he case did not settle during the settlement conference and the parties are now working together to complete all discovery, including

1

supplementation of document production and depositions of the parties and witnesses." *See* [28] at 1.

First, the Court notes that in their Motion for Extensions [23], filed on February 29, 2024, the parties asserted that they needed time to complete depositions. The Court granted the parties additional time, but they did not use that time to complete depositions. In fact, the record reflects that since the Court entered its Case Management Order [11] more than ten months ago, the parties have taken no depositions.

Second, while settlement efforts are always encouraged, they do not constitute good cause for extensions of the case deadlines. Stated another way, the parties' settlement efforts did not absolve them of their discovery obligation. *See PIC Group, Inc. V. Landcoast Insulation, Inc.*, 2010 WL 4791710, at *1 (S.D. Miss. Nov. 18, 2010); *Rivera v. County of Willacy*, 2007 WL 1655303, at *1 (S.D. Tex. June 6, 2007). The Court also notes that the settlement conference was held on May 15, 2024, and the record reflects no activity by the parties until June 20, 2024, when they filed the instant Motion [28].

Moreover, the requested extension, if granted, would affect the current trial setting, and a continuance is not warranted based on the current record.

IT IS, THEREFORE, ORDERED that the parties' Joint Motion to Extend Discovery Deadline [28] is DENIED.

SO ORDERED this the 26th day of June, 2024.

                                                       s/Michael T. Parker
                                                       UNITED STATES MAGISTRATE JUDGE